JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Wausau
County/Parrish: Marathon

**Related Case Information:** 20 CR 030 WMC
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

*Stamp: 2020 MAR -4 PM 1:53 PETER OPPENEER CLERK US DIST COURT WD OF WI*

**Defendant information:**
Matter to be Sealed: ___ Yes ✓ No
Def. Name: Travis C. Greil
Alias Name: _____
City/State: Wausau, WI
Year of Birth: 1981
Last 4 digits of SSN: _____
Sex: Male
Race: White

**U.S. Attorney Information:**
ELIZABETH ALTMAN    Bar #: _____
Interpreter: ✓ No ___ Yes    List language and/or dialect: _____

**Location Status:**
Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 22    ___ Petty    ___ Misdemeanor    ✓ Felony
   ___ Class A
   ___ Class B
   ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Sexual exploitation of a child | 1 - 6 |
| Set 2 | 18 U.S.C. § 2251(e) | Attempt to commit sexual exploitation of a child | 1 - 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____    Signature /s/ ELIZABETH ALTMAN