IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 20 CR 030 WMC |
| TRAVIS C. GREIL, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| | 18 U.S.C. § 2253 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about May 18, 2018, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly and intentionally attempted to use a minor, Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, an Apple iPad.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

COUNT 2

On or about December 17, 2015, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly and intentionally attempted to use a minor, Minor 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that

had previously been transported in interstate and foreign commerce, specifically, an Apple iPad.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 3

On or about November 9, 2017, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly and intentionally attempted to use a minor, Minor 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, an Apple iPad.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 4

Between in or about August 2015 and in or about May 2016, exact date unknown, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly and intentionally attempted to use a minor, Minor 4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, an Apple iPad.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 5

On or about February 17, 2016, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly and intentionally attempted to use a minor, Minor 5, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, an Apple iPad.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## COUNT 6

On or about February 12, 2020, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly and intentionally attempted to use a minor, Minor 21, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, an Apple iPad.

(In violation of Title 18, United States Code, Section 2251(a) and (e)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1-6 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2251(a) and (e), pursuant to Title 18, United States Code, Section 2253, the defendant,

TRAVIS C. GREIL,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

3

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as an Apple iPad.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 03/04/2020

_____
SCOTT C. BLADER
United States Attorney