IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| UNITED STATES OF AMERICA | INFORMATION |
|---|---|
| v. | Case No.  20-cr-030-wmc  |
| TRAVIS C. GREIL, | 18 U.S.C. § 1466A |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>

Between on or about September 29, 2015 and on or about February 13, 2020, in the Western District of Wisconsin, the defendant,

TRAVIS C. GREIL,

knowingly produced visual depictions, that is video files, that depict minors engaging in sexually explicit conduct and is obscene, using materials that had previously been transported in interstate and foreign commerce, specifically an Apple iPad.

(In violation of Title 18, United States Code, Section 1466A).

 5-11-2021 
Date

TIMOTHY M. O'SHEA
Acting United States Attorney