The Honorable Judge William M. Conley:

I am writing this letter for your consideration regarding the sentencing of Travis C. Greil, my former husband and the father of our 7 year old daughter.  I write this letter with the upmost respect for the victims, and the vast impact that this case has had on my own family and the Wausau Community where I grew up.

I work as a children's Public Adoption Social Worker and was married to Travis for 16 years.  Our relationship ended sadly and very abruptly upon his arrest for these crimes that I was completely unaware of, when I made the determination that this was not a journey that I would be able to follow Travis through, and still remain a functional and emotionally stable mother to support our daughter through a very confusing and traumatic sudden absence of her father while trying to successfully work a full time position and deal with my own trauma and loss.  Looking back now, I and other family members were able to recognize past signs that may have been missed over the years, of concerns with Travis's mental health and of course all wish that we could go back and encourage Travis to attend therapy and take stabilizing medications so that this tragedy could have been avoided altogether.

Prior to the development of Travis's mental health issues, I know that he had the best intentions when he decided to become an educator.  The real, healthy Travis is a good person and a friend that I miss very much.  He worked so hard for his career, believed in bettering children's lives and encouraging them to attend college, and was a very involved father to our daughter.  I know that now looking back, Travis absolutely would have made different choices, sought services, and thought more clearly about the impacts of his actions. I understand the seriousness of Travis's actions and the emotional turmoil for the victims, but I don't believe that a long sentence will be of any further benefit to our society.  Travis is very relieved to have been stopped and now be on a path of accountability, taking charge of his mental health and making improvements.  He has already missed the remainder of our daughter being still being little, playing with certain favorite toys and enjoying being read a favorite book, an immense loss to begin with that I cannot even imagine.  In the choices that Travis made, he has already lost his career, his home, his marriage, friends, co-workers, dignity, and reputation in the community.  I worry every day that a long sentence will mean that my daughter will miss out on the rest of what remains of her childhood with her father.  I worry that Travis's parents who are very kind, supportive, upstanding citizens will no longer be living by the time Travis is released and will never have the opportunity to have any kind of meaningful relationship with their son again.  Travis has many family and friends who have worked through their trauma and still stand by him, and will make sure that he is successfully working on his recovery and once again becoming a beneficial and productive member of society.

I am available for further discussing any time, and can be contacted at 715-218-6176.  My daughter and I truly appreciate your time and consideration.

Sincerely,


Elizabeth Zastrow

3605 Cross Pointe Blvd.  #151
Weston, WI  54476
July 13, 2021

Joe Bugni
22 E. Mifflin St, Suite 1000
Madison, WI 53703

Hello Joseph Bugni and Honorable Judge,

My name is Cindy Greil and I am Travis Greil's mom-by-marriage. I have known Travis since he was 18 years old and a senior in high school.

Through a lot of hard work, Travis became an exemplary Broadfield Social Studies teacher, teaching various AP History and related courses as his last teaching assignment.   Whenever I would mention my last name or Travis' name to people who knew him, I would hear glorious remarks about him-his personality teaching skills and how much his students loved and respected him.

Personally, I am dumbfounded by his charges.  Seriously, Travis has ALWAYS presented himself to me and others-family, friends, students and their families, coworkers, etc., as a very well put together person.  I have never seen him show any disrespect to anyone-especially his students. Upon  meeting students in public, he was always engaged in their conversations and showed true interest in what was going on in their lives. Upon meeting female students in public, no matter how they were dressed, some very scantily, he ALWAYS focused on the positive aspects of the young lady we had just met.  He NEVER said anything sexual or inappropriate about these students to us.

In the fall of 2019, I did notice a concerning change in Travis.  I taught for 35 years, and Travis and I would frequently discuss what was going on in the Districts we taught in.  Our discussions were always filled with enthusiasm and we've had some pretty spirited discussions!  I noticed, at

the beginning of the 2019-2020 school year, he didn't seem as engaged in our discussions, as if he did not really want to talk about his students, school, and a trip he was planning with students. It was as if the "light went out". He appeared to be no longer enthusiastic or really didn't want to talk about school. Around Christmas, I wanted to ask him what had changed, but we were always in a setting with either family or friends. Upon his arrest, I was really angry at/disappointed in myself for not pursuing my instincts.

So what happened? I have no clue. I'm suspecting a long undiagnosed mental illness. Travis has had trauma in his lifetime, and I'm not sure if he's dealt with that. From what I know, his parents had a messy divorce, his youngest brother (who was diagnosed as bi-polar) took his own life, and who knows what else? Also, his maternal grandmother and paternal grandfather both took their own lives. Before becoming incarcerated, he's never discussed his traumas with anyone that I know of.

I am asking for leniency in his sentence. If he can be sentenced for only 6 years, that would be awesome. I do know that Travis will work very hard while incarcerated to work on his mental state, resolve the issues he has, help others also incarcerated and reinvent himself as far as employment is concerned.

Travis also has a beautiful, 7.5 year old daughter, our granddaughter. He was and continues to be HER DAD! She misses him terribly, speaks to him almost every day-usually via video-and their relationship remains very strong. My heart breaks for her, thinking he may have to serve a long time, and not be a part-in person-of her life, until she's an adult. I pray that his sentence can be lenient, as far as years go, so he can be with her as she grows up. He's missing SO much by not being with her.

I do know that Travis is extremely remorseful. He will work to become a better person, and will return to the upstanding man he had once been.

Thank you! Cynthia (Cindy) Greil

June 16th, 2021

Dear Judge Conley,

I am writing to you as Mr. Travis Greil's mom, asking the courts for leniency.

What I now know is Travis's 1st words to me where, "Mom, I don't know what happened to me to get to this point."  Travis followed that with, "I think I wanted to get caught."

I also, know Travis received two text messages from parents who wrote, "We know this is not who you are."  I know from the letter I received from Psychotherapist, John (LJ) Booth LMFT that Travis showed clear remorse and shame for his behavior.  Psychotherapist, John Booth stated he had the impression Travis's shame was a clear indicator for his desire for recovery for this behavior.

In hindsight I see all the times Travis was asking for help and I too was afraid to ask.  I will have to live with that the rest of my life. Our family has a history of depression, suicide, BiPolar and ADHD.  Travis's younger brother committed suicide 8 years ago. I know all these years emotionally that has weighed on Travis and understandably.  I know Travis was having a trouble sleeping and taking supplements to try and sleep.  I know Travis had purchased an anxiety blanket.  Travis was constantly shaking his leg and unable to relax and impulsive in words and

then there were times it seemed like Travis "turn off/go blank/detach." Over the past 3 years I had given Travis an ADHD checklist in hopes he would take the self-checklist and identify symptoms and seek help. ADHD & BiPolar have similar characteristics, so I was not sure. I just felt something was wrong.

Travis often hinted that something was not right. He would say, 'maybe I'm ADHD, ADD, autistic & etc." I was concerned that Travis was using alcohol as a way to self-medicate to handle depression, anxiety & stress.

Then 7yrs. ago his daughter was born, and Travis said, "I don't want to be that kind of father," so he quit abusing alcohol, which is about the timeline this all started. Travis told me he had been suicidal for years, but then his brother committed suicide and Travis saw what it did to those left behind and he knew he could not do that to his family, again.

Attached are photos of Travis and his daughter and one from school. Through these photos I hope you will see "something terribly went wrong emotionally for Travis to do what he did."

We are all saddened for everyone involved.

Sincerely,

Jain Skaar

135982 Spring Brook Rd.

Marathon  WI   54448

715-573-9640

waynejain@gmail.com







July 20, 2021

Dear Judge Conley,

We are writing to ask you to consider leniency in sentencing for our friend Travis Greil. Collectively, we have known Travis for over 15 years. We are still trying to wrap our minds around the actions he committed, as this is not the man we know. We are aware of the gravity of the crime Travis has committed; however, we would like to give a perspective that shows Travis is more than his crime.

We have seen Travis go through ups and downs. From his parents divorce, to losing his brother to suicide in 2012, to dealing with his own unrecongnized depression and anxiety and using alcohol to cope. We have watched him become a dedicated and loving father to his little girl, reading to her, taking pride in her education, and having daddy daughter dates at the local candy shop. We have seen his excitement at becoming an uncle, and his pride in his career and work in the community. Travis is one who always went the extra mile for friends and family. He would be the first to show up when a project needed to be done or take on extra responsibility when needed.

We know Travis has made mistakes and we believe he is remorseful and willing to do what it takes to atone for those mistakes, and to help himself. Part of him helping himself is to be able to seek high quality mental health programming and counseling to deal with his mental health issues. We acknowledge that his crime deserves consequences, however, we believe a prison sentence is not the only component necessary for Travis to reclaim himself, atone for his mistakes and be able to reenter society as a better person. We believe that adequate mental health treatment is a necessity in Travis's recovery and would ask that you consider this as a component in Travis's sentencing.

Thank you for your time and consideration.

Lee and Autumn Clermont

Lori Natzke

Elizabeth Reeths

Sarah Hirsch



*Peaceful Solutions Counseling*

741 N 1st Street,   Wausau WI 54403

Phone: 715-675-3458     Fax: 715-675-7238
www.peacefulsolutions.org

6/18/2020

To Whom it May Concern---

I am writing in regard to Travis Greil, whom I had an intake session with on February 25th, 2020. I had an hour conversation with Travis about his recent charges for "upskirting" young women at the school where he taught.

My understanding, and observation—from that interview—was that he had no prior history of such activities, and no prior history of sexual molestation. He had clear remorse—and understandable shame—for his behavior. He was socially adept, with empathy and kindness exhibited.

In that short an interaction, I wouldn't claim insight as to his motivation or his reason for this behavior. I would say that I had the impression his shame was a clear indicator for his potential to "recover" this this behavior, with proper psychotherapy.

Sincerely,   John Booth LMFT

John (LJ) Booth LMFT
Psychotherapist
Peaceful Solutions Counseling
T—715-675-3458
F---715-675-7238



LIVE UNITED
United Way